IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HARRY LEE BOGGS, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-465 (MTT) |
| BIBB COUNTY GEORGIA, et al., | ) |
| Defendants. | ) |

# ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles. (Doc. 10). The Magistrate Judge conducted a preliminary screening of the Plaintiff's Complaint (Docs. 1, 6) pursuant to 28 U.S.C. 1915A(a). He recommends that the Plaintiff's Eighth Amendment claims against Defendants Pat and Parish be allowed to proceed and all other claims and Defendants be dismissed. Aside from Pat and Parish, the Plaintiff's Complaint does not connect any of the other parties to his alleged constitutional deprivations. The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation. The Recommendation is adopted and made the Order of this Court. The Plaintiff's claims against Pat and Parish will go forward. All other claims and Defendants are **DISMISSED without prejudice**.

**SO ORDERED**, this 30th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT