IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **HARRY LEE BOGGS, Jr.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 5:12-CV-465 (MTT)** |
| ) | |
| **BIBB COUNTY, GEORGIA,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Before the Court is the Plaintiff's "Motion for an Order Compelling Discovery." (Doc. 25). The Plaintiff requests, pursuant to Fed. R. Civ. P. 37(a), that "defendants [Adams & Jordan] attorneys at law for Bibb County Georgia" [sic] provide affidavits of each defendant, deposition transcripts, copies of all statements, copies of all documents, and a copy of his complaint. He states that he submitted a request for these documents on July 9, 2013 but received no response.

As an initial matter, the Plaintiff appears to have directed his discovery request toward Defendants this Court previously dismissed from this action (Doc. 16) and who no longer are part of the case. To whatever extent the Plaintiff seeks discovery from the remaining Defendants, his request and motion are untimely. This Court previously ordered (Doc. 10) that the discovery period in this case run for 90 days from the date of the remaining Defendants' answers. Those Defendants filed their answers on March 8, 2013. (Doc. 18; Doc. 19). Accordingly, the discovery period expired June 6, 2013, and the Defendants were not obligated to respond to the Plaintiff's request for documents after that date. Because the time for discovery has passed, the Court will not compel

-2-

the Defendants to produce the documents the Plaintiff requests.  The Plaintiff's motion is **DENIED**.

    **SO ORDERED** this 1st day of October, 2013.

                                    S/ Marc T. Treadwell
                                    MARC T. TREADWELL, JUDGE
                                    UNITED STATES DISTRICT COURT