IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HARRY LEE BOGGS, Jr., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-465 (MTT) ) |
| PATRICIA JOHNSON, RN, *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the Plaintiff's motion to appeal *in forma pauperis*. (Doc. 40). Following a bench trial, the Court granted the Defendants' motion for judgment as a matter of law. (Doc. 36; Doc. 38). The Plaintiff appeals that judgment. However, for reasons the Court stated in its ruling – namely, that the Plaintiff had not produced any evidence showing he had a serious medical need or that either of the Defendants were deliberately indifferent to his medical needs – the Court finds the Plaintiff's appeal is not taken in good faith.

Accordingly, the Plaintiff's motion to proceed *in forma pauperis* on appeal is **DENIED**. *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."); Fed. R. App. P. 24(a)(3) ("A party who was permitted to proceed in forma pauperis in the district-court action…may proceed on appeal in forma pauperis…unless…the district court…certifies that the appeal is not taken in good faith"). Any further requests to proceed *in forma pauperis* on appeal should be directed, on motion, to the United States Court of Appeals for the Eleventh Circuit, in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

-2-

**SO ORDERED** this 4th day of December, 2013.

                                           <u>S/ Marc T. Treadwell</u>
                                           MARC T. TREADWELL, JUDGE
                                           UNITED STATES DISTRICT COURT